# PRECISION REPORTING, INC.
230 South Broad Street    3rd Floor
Philadelphia, PA  19102
(215) 731-9847    (856) 848-????
Tax I.D. #23-2625814

MATTHEW K. HUBBARD, ESQUIRE
CITY OF PHILADELPHIA
ONE PARKWAY BUILDING
1515 ARCH STREET
14TH FLOOR
PHILADELPHIA, PA  19102-1595

February 23, 2011

Invoice# 79813

Balance:          $.00

Re: HARRIS VS. THE CITY
    on 03/04/10
    by MICHELLE T. CASCIO

## Invoicing Information

| Charge Description | Amount |
|---|---|
| ONE COPY - DEPOSITION TRANSCRIPT OF: DUANE WHITE - 170 PAGES | 484.50 |
| EXHIBITS - 6 PAGES | 2.40 |
| DELIVERY | 9.50 |

After 30 days, a finance charge of 1.5% per month
    will be applied to the past due amount

Sub Total:       496.40
- Payments/Credits:   496.40
Please  Remit  - - - >   Total Due:    $.00

TO PAY BY CREDIT CARD - log onto www.paypal.com
Click "Send Money" to precisedep@aol.com

# PRECISION REPORTING, INC.
230 South Broad Street - 3rd Floor
Philadelphia, PA 19102
(215) 731-9847   (856) 848-4878
Tax I.D. #23-2625814

MATTHEW KEVIN HUBBARD, ESQUIRE  
CITY OF PHILADELPHIA  
ONE PARKWAY BUILDING  
1515 ARCH STREET  
14TH FLOOR  
PHILADELPHIA, PA 19102-1595

February 23, 2011

Invoice# 79136

Balance:  $.00

Re: HARRIS VS. CITY OF PHILADELPHIA, ET AL
    on 12/16/09
    by KRISTA SCHULTZ

## *Invoicing Information*

Charge Description | Amount
---|---
ONE COPY - DEPOSITION TRANSCRIPT OF: | 
  ELIZABETH KRZYNA - 53 PAGES @ $2.70 | 143.
WAITING TIME | 105.0
EXHIBITS - 1 PAGE @ $.40 | .4
ASCII DISKETTE | 10.0
DELIVERY | 9.5

READ & SIGN SENT TO: ELIZABETH KRZYNA

After 30 days, a finance charge of 1.5% per month
    will be applied to the past due amount

                                   Sub Total:    268.
                          - Payments/Credits:    268.
    P l e a s e   R e m i t  - - ->  Total Due:   $.0

*TO PAY BY CREDIT CARD - Log onto www.paypal.com*
*Click "Send Money" to precisedept@aol.com*

# PRECISION REPORTING, INC.

230 South Broad Street - 3rd Floor
Philadelphia, PA 19102
(215) 731 9847 (856) 848 4978
Tax I.D. #23-2625814

MATTHEW KEVIN HUBBARD, ESQUIRE
CITY OF PHILADELPHIA
ONE PARKWAY BUILDING
1515 ARCH STREET
14TH FLOOR
PHILADELPHIA, PA 19102-1595

February 23, 2011

Invoice# 79202

Balance: $.00

Re: HARRIS VS. CITY OF PHILADELPHIA, ET AL
on 12/17/09
by KAREN A. STEVENS

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| ONE COPY - DEPOSITION TRANSCRIPT OF: | |
|    OFFICER JIMMY LEOCAL - 167 PAGES @ $2.70 | 450.90 |
|    SERGEANT ROBERT CASSELLI - 74 PAGES @ $2.70 | 199.80 |
| EXHIBITS - 12 PAGES @ $.40 | 4.80 |
| CD-ROM | 10.00 |
| DELIVERY | 9.50 |

After 30 days, a finance charge of 1.5% per month
  will be applied to the past due amount

| | |
|---|---|
| Sub Total: | 675.00 |
| - Payments/Credits: | 675.00 |
| Please Remit ---> Total Due: | $.00 |

TO PAY BY CREDIT CARD - Log onto www.paypal.com
Click "Send Money" to precisedep@aol.com

# PRECISION REPORTING, INC.

230 South Broad Street   3rd Floor
Philadelphia, PA 19102
(215) 731-9847   (856) 849-1977
Tax I.D. #23-2625814


MATTHEW KEVIN HUBBARD, ESQUIRE          February 23, 2011
CITY OF PHILADELPHIA
ONE PARKWAY BUILDING                    Invoice# 79799
1515 ARCH STREET
14TH FLOOR                              Balance:      $.00
PHILADELPHIA, PA  19102-1595

Re: HARRIS VS. CITY OF PHILADELPHIA, ET ALN
    on 03/08/10
    by ALICE THERESA MATTES

## Invoicing Information

| Charge Description | Amount |
|---|---|
| ONE COPY - DEPOSITION TRANSCRIPT OF: | |
|    DET. MATTHEW MAURIZIO - 67 PAGES @ $2.70 | 180.90 |
|    DET. LANCE SEIDEL - 39 PAGES @ $2.70 | 105.30 |
| EXHIBITS - 12 PAGES @ $.40 | 4.80 |
| DELIVERY | 9.50 |

After 30 days, a finance charge of 1.5% per month
    will be applied to the past due amount
FC

                                Sub Total:    300.50
                           - Payments/Credits: 300.50
    P l e a s e   R e m i t   - - - >  Total Due:   $.00


*TO PAY BY CREDIT CARD - Log onto www.paypal.com*
*Click "Send Money" to precisedep@aol.com*



ESQUIRE
Esquire Solutions - Philadelphia
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Toll Free (800) 345-4940
Fax (866) 590-3205



## Invoice # EQ235279

| Invoice Date | 02/14/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 03/16/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

MATTHEW HUBBARD ,ESQ
CITY OF PHILADELPHIA - LAW DEPARTMENT
ONE PARKWAY BUILDING
1515 ARCH STREET, 14TH FLOOR
PHILADELPHIA, PA 19102-1585

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/11/2011 | HARRIS, MAKAL vs. WHITE, DUANE | 210342 | 02/14/2011 | HAND DELIVERED |

| Description | Amount |
|---|---|
| Services Provided on 02/11/2011, ROGER POTEAT (PHILADELPHIA, PA) | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (36 Pages) | $ 329.40 |
| EXHIBITS | $ 0.00 |
| CONDENSED TRANSCRIPT | $ 25.00 |
| FLAT FEE EXHIBITS | $ 35.00 |
| LITIGATION SUPPORT DISK | $ 35.00 |
| | $ 424.40 |
| DELIVERY - OTHER | $ 10.00 |
| | $ 10.00 |

*Handwritten note:* 2-23-11 OK to pay Matthew K. Hubbard Client: Police File #: C07C1346

INVOICE REFLECTS INSTANT DELIVERY

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 03/31/2011** | **$ 434.40** |
| Amount Due After 03/31/2011 | $ 477.84 |

Tax Number: 22-3779684

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



ESQUIRE

VISA MasterCard DISCOVER AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | EQ235279 |
| Payment Due: | 03/16/2011 |
| **Amount Due On/Before 03/31/2011** | **$ 434.40** |
| Amount Due After 03/31/2011 | $ 477.84 |

MATTHEW HUBBARD ,ESQ
CITY OF PHILADELPHIA - LAW DEPARTMENT
ONE PARKWAY BUILDING
1515 ARCH STREET, 14TH FLOOR
PHILADELPHIA, PA 19102-1585

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

062 0000235279 02142011 9 000043440 3 03162011 03312011 1 000047784 28

# INVOICE



## DiscoveryWorks Global
tel 888.557.8690  fax 888.557.8930  www.dw-global.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 158425 | 3/24/2010 | 17347 |
| **Job Date** | **Case No.** | |
| 3/11/2010 | NOVEMBER TERM 2006 NO. 1515 | |
| **Case Name** | | |
| Harris v City of Philadelphia | | |
| **Payment Terms** | | |
| Due upon receipt | | |

M. Kevin Hubbard, Esquire
City of Philadelphia Law Department 14th Floor
1515 Arch Street
Philadelphia, PA  19102

---

Makal Harris
   Exhibit                                                        23.00 Pages        5.75
   5.5.9 - City Video Deposition Original & One        37.00 Pages      60.68

**TOTAL DUE >>>**      **$66.43**

Start Time 11:13AM    End Time 11:47Am

* Payment not contingent on client reimbursement.*      We accept Visa and MasterCard.

Thank you for your business!

*[handwritten: 3/29/10 OK to pay. Matthew K. Hubb___  Client: Police  File #: C07 C1346]*

**Tax ID:** 23-1741572

*Please detach bottom portion and return with payment.*

---

M. Kevin Hubbard, Esquire
City of Philadelphia Law Department 14th Floor
1515 Arch Street
Philadelphia, PA  19102

Invoice No.   : 158425
Invoice Date  : 3/24/2010
**Total Due**   : **$ 66.43**

Remit To: **DiscoveryWorks Global**
        **National Processing Center**
        **1835 Market Street, Suite 600**
        **Philadelphia, PA  19103**

Job No.   : 17347
BU ID     : PHL
Case No.  : NOVEMBER TERM 2006 NO. 1515
Case Name : Harris v City of Philadelphia

# PRECISION REPORTING, INC.
*230 South Broad Street - 3rd Floor*
*Philadelphia, PA 19102*
*(215) 731-9847    (856) 848-4978*
*Tax I.D. #23-2625814*

MATTHEW KEVIN HUBBARD, ESQUIRE
CITY OF PHILADELPHIA
ONE PARKWAY BUILDING
1515 ARCH STREET
14TH FLOOR
PHILADELPHIA, PA 19102-1595

March 24, 2010

**Invoice#** 79309

**Balance:** $306.50

**Re:** HARRIS VS. CITY OF PHILADELPHIA, ET AL
on 01/07/10  Billed 01/14/10
by KRISTA SCHULTZ

<== 69 Days Old!

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| ONE COPY - DEPOSITION TRANSCRIPT OF: | |
|    P.O. RASHAD GUESS - 49 PAGES @ $2.70 | 132.30 |
|    CORPORAL BERNITA JONES-WIGGINS-61 PGS @ $2.70 | 164.70 |
| DELIVERY | 9.50 |

*[Handwritten: 3/31/10 OK to pay — Matthew K. Hubbard — Client: Police — File#: C07 C1346]*

After 30 days, a finance charge of 1.5% per month
will be applied to the past due amount

P l e a s e   R e m i t   - - - >   Total Due:   $306.50

*TO PAY BY CREDIT CARD - Log onto www.paypal.com*
*Click "Send Money" to precisedep@aol.com*

**This invoice is  69  days past due, Please Remit - Thank You!**
*****************************************************************

# PRECISION REPORTING, INC.
*230 South Broad Street - 3rd Floor*
*Philadelphia, PA 19102*
*(215) 731-9847   (856) 848-4978*
*Tax I.D. #23-2625814*

MATTHEW KEVIN HUBBARD, ESQUIRE
CITY OF PHILADELPHIA
ONE PARKWAY BUILDING
1515 ARCH STREET
14TH FLOOR
PHILADELPHIA, PA  19102-1595

April 19, 2010

**Invoice#** 80002

**Balance:**    $285.80

**Re:** HARRIS VS. CITY OF PHILADELPHIA, ET AL.
*on* 04/01/10
*by* NICOLE CIAVATTO

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| ONE COPY - DEPOSITION TRANSCRIPT OF: | |
|     SERGEANT ROBERT CASELLI - 23 PAGES | 66.70 |
|     CAPTAIN JOSEPH O'DONNELL - 68 PAGES | 197.20 |
| EXHIBITS - 6 PAGES | 2.40 |
| CD-ROM | 10.00 |
| DELIVERY | 9.50 |

*[Handwritten: 4/23/10 OK to pay. Matthew K. Hubbard  Client: Police  File#: C07 C1346]*

After 30 days, a finance charge of 1.5% per month
   will be applied to the past due amount

         P l e a s e     R e m i t    - - ->    Total Due:    $285.80

*TO PAY BY CREDIT CARD - Log onto www.paypal.com*
*Click "Send Money" to precisedep@aol.com*